UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

ALABANZA CORPORATION, INC.
Plaintiff

v.                                        Case No.  MJG 02 CV 1946

ABACUS AMERICA, INC.
Defendant

*FILED JUN 11 2002, AT BALTIMORE, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, BY ___ DEPUTY*

## TEMPORARY RESTRAINING ORDER

Upon application of Plaintiff ALABANZA CORPORATION, INC., and upon a sufficient showing that notice has been given to Defendant, and, upon Plaintiff's showing that failure to issue this Order would result in irreparable injury to it; it is hereby ORDERED

First, that Defendant is hereby enjoined from the further use, retention, or distribution of software programs, systems, or tools developed by or attributable to Plaintiff, or in any way derived from them without leave of this Court;

Second, that that Defendants be and are hereby required to permit Plaintiff full access to its computers and systems for the purpose of inspecting and identifying programs, systems, and other intellectual property that may be entitled to trade secret protection; PROVIDED THAT Plaintiff shall make no other use of this access and is hereby so enjoined;

Third, that Defendant shall preserve all software, programs, and documents relating to, derived from, and/or used in connection with the trade secrets that are the subject of this proceeding; and it is hereby further

ORDERED that a hearing upon Plaintiff's Motion for a Preliminary Injunction shall be held within ten days hereof, that is, on June __, 2002 at ____ in Courtroom ____ of this building; and that Plaintiff's attorney shall give defendants and other interested parties actual notice thereof.

*TRO DENIED*

_____
Judge

Dated: June 10, 2002