```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

ALABANZA CORP.                  \*

      Plaintiff       \*

      vs.                      \* CIVIL ACTION NO. MJG-02-1946

ABACUS AMERICA, INC.            \*

      Defendant       \*

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendant's Motion to Dismiss.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Alabanza Corp. against Plaintiff Abacus America, Inc. dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Wednesday, March 5, 2003.

                                        /s/
                          _____
                              Marvin J. Garbis
                          United States District Judge