UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALABANZA CORPORATION,                : | |
|     Plaintiff,            : | |
|             : | |
| v.                                                   : | Civil Action No. MJG 02 CV 1946 |
|             : | |
| ABACUS AMERICA, INC.,                  : | |
|     Defendant.           : | |

PLAINTIFF'S MOTION FOR RECONSIDERATION

   Plaintiff Alabanza Corporation, by its attorneys Patrick J. O'Brien and O'Brien & Hickey, and pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 105.10, hereby submits a Motion for Reconsideration in the aforementioned case and in support thereof attaches a Memorandum of Law which is incorporated herein by reference.

   WHEREFORE, Plaintiff hereby respectfully requests that this Court grant Plaintiff's Motion for Reconsideration.

                            Respectfully submitted,

                            _____
                            Patrick J. O'Brien
                            O'Brien & Hickey
                            7307 MacArthur Blvd.
                            Suite 206
                            Bethesda, Maryland 20816
                            (301) 263-9270

                            Attorneys for Plaintiff Alabanza
                            Corporation

CERTIFICATE OF SERVICE

    I certify that on this 17th day of March 2003 a copy of the foregoing Plaintiff's Motion for Reconsideration and accompanying Memorandum of Points and Authorities was mailed, postage prepaid, to Peter J. Sommer, Esq., Sommer & Steele, LLC, Suite 201, Dulaney Center I, 849 Fairmount Ave., Baltimore, Maryland 21286, attorneys for the defendant in the above-captioned action.

                                                                                                         _____
                                                                                                         Patrick J. O'Brien