UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALABANZA CORPORATION,<br>　　　　　Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. MJG 02 CV 1946<br>: |
| ABACUS AMERICA, INC.,<br>　　　　　Defendant. | :<br>: |

### ORDER

Upon consideration of Plaintiff Alabanza Corporation's Motion for Reconsideration, any response thereto from the Defendant, and the facts and law considered, said motion is hereby GRANTED; and it is further

ORDERED: that Defendant Abacus America, Inc.'s Motion to Dismiss is hereby stayed pending jurisdictional discovery, for which the parties shall submit a proposed order.

It is so ORDERED, this _____ day of _____, 2003.

_____
Judge Marvin J. Garbis